IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHARON DENISE OWENS, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:14-cv-00107 |
| CAROLYN W. COLVIN, | ) Judge Nixon |
| Acting Commissioner of Social Security, | ) Magistrate Judge Griffin |
| Defendant. | ) |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the 25 day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT